[No. 32268-8-III.  Division Three.  August 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MARCEL HARRIS, *Appellant*.

by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 32306-4-III.  Division Three.  August 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SERVANDO ALONSO FLORES, *Appellant*.

by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 70253-0-I.  Division One.  August 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLEN GURZELLE DARDEN, *Appellant*.

by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Verellen, J.